**Fill in this information to identify the case:**

Debtor 1     <u>Curtis Darrell Johnson</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>North Carolina</u>

Case number <u>19-50051</u>

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Nationstar Mortgage LLC</u>     **Court claim no**. (if known): <u>7</u>

**Last four digits** of any number you use to identify the debtor's account: <u>8899</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ <u>0.00</u> |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ <u>0.00</u> |
| 3. Attorney's fees | | (3) | $ <u>0.00</u> |
| 4. Filing fees and court costs | | (4) | $ <u>0.00</u> |
| 5. Bankruptcy/Proof of claim fees | <u>03/15/2019</u> | (5) | $ <u>350.00</u> |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ <u>0.00</u> |
| 7. Property inspection fees | | (7) | $ <u>0.00</u> |
| 8. Tax advances (non-escrow) | | (8) | $ <u>0.00</u> |
| 9. Insurance advances (non-escrow) | | (9) | $ <u>0.00</u> |
| 10. Property preservation expenses. Specify: | | (10) | $ <u>0.00</u> |
| 11. Other. Specify: | | (11) | $ <u>0.00</u> |
| 12. Other. Specify: | | (12) | $ <u>0.00</u> |
| 13. Other. Specify: | | (13) | $ <u>0.00</u> |
| 14. Other. Specify: | | (14) | $ <u>0.00</u> |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    <u>Curtis Darrell Johnson</u>            Case number *(if known)* <u>19-50051</u>
          First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖   <u>/s/Neil D Jonas</u>                        Date <u>04/18/2019</u>
     Signature

**Print:** <u>Neil D Jonas</u>                                  Title <u>Attorney</u>
      First Name    Middle Name    Last Name

Company   <u>Brock & Scott, PLLC</u>

Address   <u>8757 Red Oak Blvd., Suite 150</u>
          Number        Street

           <u>Charlotte, NC 28217</u>
          City        State    ZIP Code

Contact phone   <u>704-369-0676</u>                 Email <u>bankruptcy@brockandscott.com</u>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:
CURTIS DARRELL JOHNSON
             DEBTOR

CASE NO. 19-50051
CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Proof of Claim Supplement in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Curtis Darrell Johnson
30 Five Royales Dr.
Winston-Salem, NC 27105

John A. Meadows
2596-C Reynolda Rd.
Winston-Salem, NC 27106

Kathryn L. Bringle
2000 West First St., Suite 300
P. O. Box 2115
Winston-Salem, NC 27102-2115

This the 18th day of April 2019.

    /s/ Neil D Jonas
Neil D Jonas
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
Ph: 704-369-0676
Fax: 704-359-0760
bankruptcy@brockandscott.com